# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CPG HOLIDAY LLC**                                                   **PLAINTIFF**

**v.**                 **CASE NO. 4:23-CV-00118-BSM**

**MIDA GROUP II LLC**                                            **DEFENDANT**

## ORDER

Plaintiff CPG Holiday LLC's motion to dismiss [Doc. No. 8] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE